**No. 61146.**—National Carloading Corporation *v.* United States, protest 295309–K/ 8498 (Chicago).

Opinion by Mollison, J.   In accordance with stipulation of counsel that the merchandise consists of bamboo poles similar in all material respects to those the subject of Abstract 59620, the claim of the plaintiff was sustained.

**No. 61147.**—David L. Moss & Co., Inc. *v.* United States, protest 311514–K (New York).

Opinion by Mollison, J.   In accordance with oral stipulation of counsel that the merchandise contained in the 112 crates in question, described on the invoice as 6″ x 2″ tiles, was, in fact, wall tile, valued at not over 40 cents but over 20 cents per square foot; that the same was not quarries or quarry tiles; and that it was not wholly or in part of cement, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 16, 1957

**No. 61148.**—Cresca Co., Inc., et al. *v.* United States, protests 236740–K, etc. (New York).

Opinion by Donlon, J.   In accordance with stipulation of counsel that the merchandise consists of soup mixes similar in all material respects to those the subject of *Cresca Co., Inc.* v. *United States* (38 Cust. Ct. 211, C. D. 1864), the claim of the plaintiffs was sustained.